# ‖ Gordon *against* The Commonwealth.

An action upon the official bond of a sheriff is the subject of reference under the compulsory arbitration law.

ERROR to the common pleas of *Warren* county.

This was an action of debt by the commonwealth of Pennsylvania, at the suggestion of Elias J. Pettibone and others against Joseph C. Gordon and others, founded upon the official bond of the said Gordon, as sheriff of Warren county, to recover certain money collected by him on executions.

The plaintiff entered a rule of reference under the compulsory arbitration law, and obtained an award in his favour. The defendant obtained a rule to show cause why the award should not be set aside, on the ground that the cause of action was not the subject of reference. But the court below (M'Calment, president) discharged the rule.

*Galbraith*, for plaintiff in error.
*Pearson*, for defendant in error.

PER CURIAM.—Such an action as this, though instituted in the name of the commonwealth for the use of a party grieved, is strictly a civil suit, and therefore within the very letter of the eighth section of the act of 1836. Even a *qui tam* action to recover a penalty, has been deemed a civil suit both here and in England; and how much more is an action for a private injury to be deemed so where the name of the commonwealth, as a common trustee, has been introduced into the security only to make it afford a remedy for all who should be injured. That there is anything in the nature of such a remedy to make it an impracticable or unfit subject of arbitration, has not been pretended; and there is therefore no ground for the allegation of error.

Judgment affirmed.